**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 20-cv-10378 (MCA)(ESK) |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL"), hereby stipulate and agree that Plaintiffs' action against DRL and DRL's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against DRL and all claims and defenses asserted by DRL against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

Dated: November 3, 2020                              Respectfully submitted,

By: *s/ Keith J. Miller*                   By: *s/ Frank D. Rodriguez*
Keith J. Miller                            Frank D. Rodriguez
Robinson Miller LLC                        James P. Barabas
Ironside Newark                            Windels Marx Lane & Mittendorf, LLP
110 Edison Place                           One Giralda Farms
Suite 302                                  Madison, NJ  07940
Newark, NJ 07102                           frodriguez@windelsmarx.com

(973) 690-5400

(973) 966-3232

*Counsel for Plaintiffs Bayer Intellectual Property GMBH, Bayer AG, and Janssen Pharmaceuticals, Inc.,*

*Counsel for Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

SO ORDERED

___*s/Madeline Cox Arleo*___
MADELINE COX ARLEO, U.S.D.J.

Date:  11/4/20

2